ROBBINS v. BOWMAN

    No. 31 PC.

    Case below: 9 N.C. App. 416

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 November 1970.

ROBBINS v. BOWMAN

    No. 32 PC.

    Case below: 9 N.C. App. 420.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 November 1970.

STATE v. HILL

    No. 27 PC.

    Case below: 9 N.C. App. 410.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 November 1970.

STATE v. JOHNSON

    No. 21 PC.

    Case below: 8 N.C. App. 579.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 November 1970.

STATE v. LYLES

    No. 28 PC.

    Case below: 9 N.C. App. 448.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 November 1970.

STATE v. REAVES

    No. 20 PC.

    Case below: 9 N.C. App. 315.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 3 November 1970.